Supreme Court of Tennessee denied. *John A. Armstrong* for petitioner. *Robert T. Kennerly,* Assistant Attorney General of Tennessee, for respondents.

No. 538. BERMAN *v.* UNITED STATES. December 23, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *A. L. Wirin* for petitioner. *Acting Solicitor General Washington, Robert S. Erdahl* and *Irving S. Shapiro* for the United States. *Julien Cornell, Ernest Angell* and *Osmond K. Fraenkel* filed a brief for the American Civil Liberties Union, as *amicus curiae,* in support of the petition.

No. 637. McDONALD *v.* JOHNSTON, WARDEN. December 23, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. Petitioner *pro se. Acting Solicitor General Washington, Robert S. Erdahl* and *Leon Ulman* for respondent.

No. 696. FIRST NATIONAL BANK OF CHICAGO, TRUSTEE, ET AL. *v.* DE KORWIN, EXECUTRIX. December 23, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *J. F. Dammann, William B. McIlvaine, Jr., Cranston Spray* and *David A. Watts* for petitioners. *Charles Rivers Aiken* for respondent. *Howard D. Moses, pro se,* filed a brief in opposition.

No. 697. FORT HOWARD PAPER CO. ET AL. *v.* FEDERAL TRADE COMMISSION. December 23, 1946. Petition for